UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK GELOW, et al.,

        Plaintiffs,

   v.

CENTRAL PACIFIC MORTGAGE
CORPORATION, et al.,

        Defendants.
_____/

NO. CIV. S-07-1988 LKK/KJM

O R D E R

Pending before the court are nine motions for summary judgment filed by defendants, noticed to be heard on June 29, 2009. The individual defendants have filed separate motions against several of the plaintiffs individually; combined, the motions comprise 263 pages. Review of the motions, however, reveals a great amount of duplication among them.

On February 13, 2008, the court issued a Scheduling Order in this case. It provides that briefs in support of motions on Law and Motion matters shall not exceed thirty pages and further provides, "The parties are cautioned against filing multiple briefs to

1

circumvent this rule." Order, Feb. 13, 2008 at 4. It appears that defendants' pending briefs violate this directive.

Accordingly, the court ORDERS as follows:

1. Defendants' motions for summary judgment, Document Nos. 54-62, are TERMINATED.

2. Defendants SHALL notice and file a single motion for summary judgment against all relevant plaintiffs and brought by all relevant defendants not later than June 15, 2009. The motion SHALL be noticed to be heard on August 17, 2009 at 10:00 AM.

3. Defendants are granted leave of court to exceed the page limit set forth in the Scheduling Order. Defendants' single summary judgment motion SHALL not exceed forty-five pages in length.

4. Plaintiffs SHALL file and serve an opposition or statement of non-opposition not later than July 13, 2009. Plaintiffs' opposition brief SHALL not exceed forty-five pages in length.

5. Defendants' reply, if any, SHALL be filed and served not later than July 27, 2009.

IT IS SO ORDERED.

DATED: June 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2