Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. Millbrook, Suite 104
Fresno, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorneys For Plaintiffs

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Gelow, Bruce Trout, Erik Fridley, Vici Gordon, Stephen Herndon, Jeff Just, Jenny Mann, Stephen Meier, Art Sierra, Jase Stefanski, and Gayle Pederson,<br><br>         Plaintiffs<br><br>v.<br><br>Central Pacific Mortgage Corporation, Ivanhoe Financial, Inc., John Courson, John Cassel, Ed Fuchs and Does 1 through 100, inclusive,<br><br>         Defendants. | Case No.: 2:07-CV-01988-LKK-KJM<br><br>STIPULATION OF DISMISSAL AND ORDER<br><br><br>1st Amended Complaint Filed: 3/13/2008<br>Trial Date:  February 9, 2010<br>Judge:  Hon. Lawrence K. Karlton |

//

//

//

//

//

//

//

//

//

//

1

PDF created with pdfFactory trial version www.pdffactory.com

1    It is hereby stipulated between plaintiffs Vici Gordon, Stephen Herndon, Jeff Just, and Art

2    Sierra, by and through their counsel, and defendants John Courson, John Cassel, and Ed Fuchs, by

3    and through their counsel, that said plaintiffs hereby dismiss with prejudice their complaint against

4    said defendants, with each of the parties to bear his or her own costs and attorney's fees.

5        Dated: January 26, 2010.                    The Reich Law Firm

6

7                                                    By:  /s/ Jeff Reich _____
                                                         Jeff Reich
8                                                        Attorneys for Plaintiffs

9

10

11       Dated: January 26, 2010.                    Seyfarth Shaw LLP

12

13                                                   By:  /s/ Mark H. Van Brussel _____
                                                         Mark H. Van Brussel
                                                         Attorneys for Defendants
14

15

16

17   **SO ORDERED.**

18

19       Dated: January 27, 2010

20

21

22       LAWRENCE K. KARLTON
         SENIOR JUDGE
23       UNITED STATES DISTRICT COURT

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com